IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY BRAZIL**                                          **PLAINTIFF**

v.                      **No. 4:16-cv-876-DPM**

**ARKANSAS DEPARTMENT OF HUMAN
SERVICES; DAWN STEHLE, DMS Director,
In her Individual Capacity; TAMI HARLAN,
Chief Operating Officer, In her Individual
Capacity; and MARION HAASE, In her
Individual Capacity**                                    **DEFENDANTS**

## ORDER

1. Brazil has filed a new lawsuit, which echoes many of the claims in her current lawsuit, No. 5:15-cv-253-DPM. She has asked that the two cases be combined. № 4. Judge Wright transferred the new case to me because I'm handling Brazil's current case.

2. Brazil's motion to proceed *in forma pauperis*, № 1, is granted. Considering her income and responsibilities, she can't afford to pay the filing fee.

3. The Court must screen Brazil's new complaint. 28 U.S.C. § 1915(e)(2). It's essentially the same case as the current one, with some additions. She names a new defendant, Marion Haase, a DHS employee who may have been involved. And Brazil mentions, for the first time, some new incomplete and

unjust performance evaluations and the wrongful destruction of hundreds of her papers. № 2 at 4–5.

Brazil can't amend her current lawsuit, or add to it, by filing a new lawsuit, thereby getting around the Court's scheduling deadlines. But even if these new allegations were added, they don't state a claim. Brazil doesn't say how the performance evaluations were unjust, and makes only a conclusory statement that they caused her monetary loss. № 10 at 3 in 5:15-cv-253-DPM; *Enowmbitang v. Seagate Technology, Inc.*, 148 F.3d 970, 973–74 (8th Cir. 1998). And there's no solid claim for the allegedly destroyed personal papers. Arkansas provides an adequate post-deprivation remedy: a suit in tort. *Hudson v. Palmer*, 468 U.S. 517, 533 (1984).

**4.** Brazil's new complaint will be dismissed without prejudice to her proceeding with the existing claims in her current case, № 39 at 3 in No. 5:15-cv-253-DPM. Her motion, № 4, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

8 December 2016