# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MARY BRAZIL**                                                                    **PLAINTIFF**

v.                                    **No. 4:16-cv-876-DPM**

**ARKANSAS DEPARTMENT OF HUMAN
SERVICES; DAWN STEHLE, DMS Director,
In her Individual Capacity; TAMI HARLAN,
Chief Operating Officer, In her Individual
Capacity; and MARION HAASE, In her
Individual Capacity**                                                    **DEFENDANTS**

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 December 2016